IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
ALBANY DIVISION

| | | |
|---|---|---|
| STANDARD INSURANCE COMPANY, | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | CASE NO.: 1:17-CV-124 (LAG) |
| | : | |
| ALMA THOMAS, *et al.*, | : | |
| | : | |
| Defendants. | : | |
| | : | |

# ORDER

Before the Court is Cathy D. Poole's, as the court appointed Administrator of the Estate of Clifton Ferguson, Jr., Motion for Substitution of Deceased Defendant's Estate. (Motion) (Doc. 33). This action involves an interpleading of life insurance proceeds from a policy insuring Tameda Ferguson. (Doc. 33 ¶ 1). Clifton Ferguson was a former Party in this action, seeking half of the life insurance proceeds as Tameda's father. (*Id.*). Clifton Ferguson died intestate on May 6, 2020. (*Id.* ¶ 3). On July 6, 2021, Ms. Poole was appointed the Administrator of Mr. Ferguson's estate. (*Id.*). Because Mr. Ferguson's claim to the proceeds was not extinguished by his death, Ms. Poole seeks to substitute Mr. Ferguson as a Party. (*Id.*). For good cause shown and pursuant to Federal Rule of Civil Procedure 25, the Motion is **GRANTED**. Clifton Ferguson is **DROPPED** as a Defendant and Ms. Poole, as Administrator of Mr. Ferguson's estate, is **ADDED** in his place. The Clerk of Court is **DIRECTED** to update the caption of this case to reflect this change. The Parties need not file any amended Answers to reflect this change.

**SO ORDERED**, this 5th day of August, 2021.

        /s/ Leslie A. Gardner
        **LESLIE A. GARDNER, JUDGE**
        **UNITED STATES DISTRICT COURT**